# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Katherine A. Simmons

        Debtor 1

Chapter: 13

Case No.: 5:23-bk-00140-MJC

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
    vs.            Movant(s)

Katherine A. Simmons

        Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 42, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 30, 2024

Case 5:23-bk-00140-MJC    Doc 43    Filed 05/30/24    Entered 05/30/24 14:35:16    Desc
Main Document    Page 1 of 1