# Notice Recipients

District/Off: 0314–5          User: AutoDocketer          Date Created: 5/30/2024

Case: 5:23–bk–00140–MJC          Form ID: pdf010          Total: 28

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Emmanuel Joseph Argentieri | bk@rgalegal.com |
| aty | Timothy B. Fisher, II | donna.kau@pocono–lawyers.com |
| aty | William E. Craig | wcraig@egalawfirm.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Katherine A Simmons | 180 Scenic Drive          Blakeslee, PA 18610 |
| cr | AmeriCredit Financial Services, Inc. dba GM Financial | P O Box 183853          Arlington, TX 76096 |
| cr | Santander Consumer USA Inc. | P.O. Box 961245          Fort Worth, TX 76161 |
| 5517638 | Acceptance Now | 5501 Headquarters Dr.          Plano, TX 75024 |
| 5522399 | AmeriCredit Financial Services, Inc. | dba GM Financial          P O Box 183853          Arlington, TX 76096 |
| 5519623 | AmeriCredit Financial Services, Inc. dba GM Financ | P O Box 183853          Arlington, TX 76096 |
| 5517639 | Credit Collection Service | PO Box 607          Norwood, MA 02062 |
| 5517640 | Embrace Home Loans | c/o Rushmore Loan Management          4465 Wrenplace Road          Fort Mill, SC 29715 |
| 5531041 | Embrace Home Loans, Inc. | c/o Rushmore Loan Management Services          P.O. Box 52708          Irvine, CA 92619 |
| 5581030 | Embrace Home Loans, Inc. | c/o Rushmore Servicing          P.O. Box 619094          Dallas, TX 75261–9741 |
| 5581031 | Embrace Home Loans, Inc. | c/o Rushmore Servicing          P.O. Box 619094          Dallas, TX 75261–9741          Embrace Home Loans, Inc.          c/o Rushmore Servicing |
| 5517641 | Fawn Ridge Estates HOA | c/o M & D Services          1426 Wyoming Ave          Kingston, PA 18704 |
| 5522127 | Fawn Ridge Estates Homeowners Association, Inc. | YOUNG & HAROS, LLC          802 MAIN ST.          STROUDSBURG, PA 18360 |
| 5517642 | GM Financial | P.O. Box 181145          Arlington, TX 76096 |
| 5517643 | Gregory D. Malaska, Esq. | Young & Haros, LLC          802 Main St          Stroudsburg, PA 18360 |
| 5517644 | KML Law Group, P.C. | Ste 5000 – BNY Independence Center          701 Market St          Philadelphia, PA 19106–1532 |
| 5519496 | LVNV Funding, LLC | Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587 |
| 5517645 | Liberty Mutual Insurance | 175 Berkeley Street          Boston, MA 02116 |
| 5517646 | Progressive Insurance | 6300 Wilson Mills Road          Gates Mills, OH 44040 |
| 5517647 | Rushmore Loan Management | 15480 Laguna Canyon Road          Irvine, CA 92618 |
| 5520740 | SANTANDER CONSUMER USA | P.O. Box 560284          Dallas, TX 75356 |
| 5517648 | Santander Consumer USA | P.O. Box 961211          Forth Worth, TX 75161 |
| 5594194 | Santander Consumer USA Inc. | P.O. Box 961245          Fort Worth, TX 76161 |

TOTAL: 23